UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) BRENAN COLE,<br>2) RACHEL COLE,<br>3) AUSTIN HODGE, and<br>4) HANNAH HODGE,<br><br>  Plaintiffs,<br><br>vs.<br><br>1) AMC WEST HOUSING, LP, a foreign limited partnership;<br>2) BALFOUR BEATTY COMMUNITIES, a foreign limited liability company;<br>3) STEAMMART LLC, an Oklahoma limited liability company;<br>4) GREGG PETERSON CONSTRUCTION GROUP LLC, an Oklahoma limited liability company;<br>5) RICK CUNEFARE; and<br>6) CC-1-CC-10 UNINDICTED CO-CONSPIRATORS IN USA v. RICK CUNEFARE 21-CR-319-EGS,<br><br>  Defendants. | Case No.: CIV-2022-044-R<br><br>(District Court of Oklahoma County, Case No. CJ-2021-3723) |

**DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF
DEFENDANTS AMC WEST HOUSING, LP AND
BALFOUR BEATTY COMMUNITIES, LLC
PURSUANT TO LOCAL RULE 7.1.1**

COME NOW Defendants AMC West Housing, LP and Balfour Beatty Communities, LLC, and pursuant to LCvR 7.1.1 make the following disclosures:

1. AMC West Housing, LP, is a limited partnership organized under the law of the State of Delaware with its principal place of business in Malvern, Pennsylvania.

2. The partners of AMC West Housing, LP are BBC Military Housing – AMC Limited Partner LLC and BBC Military Housing – AMC General Partner LLC, which are both limited liability companies organized under the laws of the State of Delaware, with their principal places of business in Malvern, Pennsylvania.

3. BBC Military Housing – AMC Limited Partner LLC and BBC Military Housing – AMC General Partner LLC are owned by Balfour Beatty Military Housing Investments LLC.

4. Balfour Beatty Military Housing Investments LLC is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Malvern, Pennsylvania.

5. Balfour Beatty Military Housing Investments LLC is owned by Defendant Balfour Beatty Communities, LLC, which is owned by Balfour Beatty LLC, which is owned by Balfour Beatty Holdings, Inc., which is owned by Balfour Beatty Overseas Investments Limited, which is owned by Balfour

4860-1498-5244.1

Beatty Investments Holdings Limited, all of which are organized under the laws of the State of Delaware, with their principal places of business in Malvern, Pennsylvania.

6. Balfour Beatty Investments Holdings Limited is owed by Balfour Beatty plc.

7. Balfour Beatty plc is a publicly held company that trades on the London Stock Exchange under the ticker BBY.L.

Dated: April 15, 2022

                                        *s/ W. Brett Willis*
                                        W. Brett Willis, OBA #15168
                                        JENNINGS | TEAGUE, P.C.
                                        204 N. Robinson Avenue, Suite 1000
                                        Oklahoma City, OK 73102
                                        Telephone: (405) 609-6000
                                        Facsimile:  (405) 609-6501
                                        E-mail:      bwillis@jenningsteague.com

                                                                                          &

        Richard G. Morgan (*pro hac vice*)
        Carli D. Pearson (*pro hac vice*)
        Tina A. Syring-Petrocchi (*pro hac vice*)
        Matthew A. Beyer (*pro hac vice*)
        Kyle D. Nelson (*pro hac vice*)
        **LEWIS BRISBOIS BISGAARD & SMITH LLP**
        Wells Fargo Center
        90 South 7th Street, Suite 2800
        Minneapolis, Minnesota 55402
        Telephone: (612) 428-5000
        Facsimile: (612) 428-5001
        **ATTORNEY FOR DEFENDANTS AMC WEST HOUSING, LP AND BBC AF MANAGEMENT/DEVELOPMENT LLC**

## CERTIFICATE OF SERVICE

This is to certify that on the 15th day of April, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following ECF registrants:

    Caleb M. Salmon, OBA #32272
    Aizenman Law Group
    5800 East Skelly Drive, Suite 575
    Tulsa, Oklahoma 74135
    E-mail: caleb@aizenmanlaw.com
    **ATTORNEYS FOR PLAINTIFFS**

        *s/ W. Brett Willis*
        W. Brett Willis

4