IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENAN COLE and RACHEL COLE, AUSTIN HODGE and HANNAH HODGE, <br><br> Plaintiffs, <br> v. <br><br> AMC WEST HOUSING LP, a foreign limited partnership, <br> BALFOUR BEATTY COMMUNITIES, a foreign limited company, <br> STEAMMART, LLC, an Oklahoma limited liability company, <br> GREGG PETERSON CONSTRUCTION GROUP LLC, an Oklahoma limited liability company, <br> RICK CUNEFARE, <br> CC-1-CC10 Unindicted Co-Conspirators in USA v.         RICK CUNEFARE 21-CR-319-EGS <br><br> Defendants. | Case No.: 22-CV-00044-R <br><br> Judge David L. Russell |

## DISMISSAL WITH PREJUDICE

**Come Now** all Plaintiffs, by and through counsel of record, Caleb M. Salmon of the AIZENMAN LAW GROUP and dismiss all claims against Rick Cunefare with prejudice to the re-filing thereof.

Respectfully submitted,

s/Caleb M. Salmon

Caleb M. Salmon, OBA No. 32272
AIZENMAN LAW GROUP
5800 E. Skelly Dr., Suite 575
Tulsa, OK 74135
P: 918-426-4878
F: 918-513-6080
caleb@aizenmanlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via ECF, email, and/or first-class mail on August 3, 2022 to the following:

W. Brett Willis
bwillis@jenningsteague.com
JENNINGS | TEAGUE, P.C.
204 North Robinson Avenue, Suite 1000
Oklahoma City, OK  73102
Attorneys for Balfour Beatty Communities LLC

Richard Morgan
richard.morgan@lewisbrisbois.com
Carli D. Pearson
carli.pearson@lewisbrisbois.com
Kyle D. Nelson
kyle.nelson@lewisbrisbois.com
Matthew A. Beyer
matthew.beyer@lewisbrisbois.com
Tina Syring
tina.syring@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH
90 South 7th Street
Suite 2800
Minneapolis, MN  55402
Phone: (612)-428-5000
Attorneys for Balfour Beatty Communities LLC

                                                                                            s/Caleb Salmon

                                                                                            Caleb Salmon