IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENAN COLE and RACHEL COLE, AUSTIN HODGE and HANNAH HODGE,<br><br>      Plaintiffs,<br>v.<br><br>AMC WEST HOUSING LP, a foreign limited partnership,<br>BALFOUR BEATTY COMMUNITIES, a foreign limited company,<br>STEAMMART, LLC, an Oklahoma limited liability company,<br>GREGG PETERSON CONSTRUCTION GROUP LLC, an Oklahoma limited liability company,<br>CC-1-CC10 Unindicted Co-Conspirators in USA v. RICK CUNEFARE 21-CR-319-EGS<br><br>      Defendants. | Case No. 22-CV-00044-R |

**PLAINTIFF'S FINAL WITNESS AND EXHIBIT LIST**

Plaintiffs, by and through counsel of record, Caleb Salmon of AIZENMAN LAW GROUP, hereby submit this final list of witnesses and exhibits:

**WITNESS LIST – Will Call in Bold**

| No. | Witness Name | Role/Expected Testimony |
|---|---|---|
| 1. | **Brenan Cole, c/o Aizenman Law Group** | Deposed. |
| 2. | **Rachel Cole, c/o Aizenman Law Group** | Deposed. |
| 3. | **Austin Hodge, c/o Aizenman Law Group** | Deposed. |
| 4. | **Hanna Hodge, c/o Aizenman Law Group** | Deposed. |

| No. | Witness Name | Role/Expected Testimony |
|-----|--------------|------------------------|
| 5.  | **Teresa Anderson** | Former Balfour Beatty Communities (BBC) employee involved with maintenance records |
| 6.  | **Rebecka Bailey** | Former Tinker Regional Manager |
| 7.  | **Kenyon Bell** | 72nd Air Base Wing Commander Col. |
| 8.  | Jennifer Benski | Former BBC manager at Malmstrom Air Force Base ("AFB") in Montana |
| 9.  | **Tina Brown** | Former BBC employee involved with work orders |
| 10. | Amber Buckley | Former Tinker AFB tenant who had issues with housing maintenance |
| 11. | Stacy Cabrera | Former Community Manager at Lackland AFB |
| 12. | Abigaila Courtney | Former tenant at Tinker AFB who had issues with housing maintenance |
| 13. | **Rick Cunefare** | Former Regional Manager for Company 1, Lackland AFB, Travis AFB, Vandenberg AFB, Tinker AFB, and Fairchild AFB |
| 14. | **Julie Meek** | BBC Maintenance Technician to testify about maintenance issues |
| 15. | C. Griffin | BBC Maintenance Technician to testify about maintenance issues |
| 16. | CJ Young | BBC Maintenance Technician to testify about maintenance issues |
| 17. | Selzer | BBC Maintenance Technician to testify about maintenance issues |
| 18. | Tennant | BBC Maintenance Technician to testify about maintenance issues |
| 19. | Powell | BBC Maintenance Technician to testify about maintenance issues |

| No. | Witness Name | Role/Expected Testimony |
|---|---|---|
| 20. | Whitson | BBC Maintenance Technician to testify about maintenance issues |
| 21. | Ray | BBC Maintenance Technician to testify about maintenance issues |
| 22. | Todd Stowe | BBC Maintenance Technician to testify about maintenance issues |
| 23. | Rutherford | BBC Maintenance Technician to testify about maintenance issues |
| 24. | CM McKinney | BBC Maintenance Technician to testify about maintenance issues |
| 25. | M Harrell | BBC Maintenance Technician to testify about maintenance issues |
| 26. | Rice | BBC Maintenance Technician to testify about maintenance issues |
| 27. | **Luke Hibbs** | BBC's "Mold Consultant" |
| 28. | Steve Curtis | Senior Vice President, Safety, Health, Risk Management and Environment |
| 29. | Earl DeLack | Former resident at Keesler AFB who had issues with housing maintenance |
| 30. | Andrea DeLack | Former resident at Keesler AFB who had issues with housing maintenance |
| 31. | Dan Frederick | Former Project Director with BBC |
| 32. | Ron Fuentez | Rachel Cole's father; stayed on base with Plaintiffs for a visit and experienced issues with housing maintenance |
| 33. | **Tim Heath** | Former Facilities Manager at Tinker AFB |
| 34. | Ronald Case | Mold Inspector who performed a mold inspection of the Hodge's dwelling |

| No. | Witness Name | Role/Expected Testimony |
|---|---|---|
| 35. | Taylor Hooper | Quantum Lab employee |
| 36. | Kendra Horn | Oklahoma Congresswoman representing 5th congressional district near Tinker AFB with knowledge of base housing conditions |
| 37. | **Paige Ippolito** | Former Tinker AFB resident who had issues with housing maintenance |
| 38. | **Nick Ippolito** | Former Tinker AFB resident who had issues with housing maintenance |
| 39. | Karen Jowers | Journalist for Military Times who covered military families for more than 30 years, co-author of chapter in book "A battleplan for supporting Military Families" |
| 40. | Rick Linio | BBC Regional Facilities Manager |
| 41. | Melody Marsh | Former Air Force Civil Engineer Center Regional Manager |
| 42. | **Kerry Martinez** | BBC Assistant Community Manager / Resident Engagement Specialists involved with the Coles' dispute over repair charges |
| 43. | **Raul Martinez** | Vice President of Operations, knowledge of BBC's fraud scheme and specific interaction with the Coles |
| 44. | Shawn Munn | Former tenant at Tinker AFB who had issues with housing maintenance |
| 45. | Robin Brady Naik | Quantum Lab employee who analyzed Coles' samples |
| 46. | Stacy Nelson | Former BBC manager involved with maintenance recordkeeping at Lackland AFB |
| 47. | **Stephanie Oakley** | Former Tinker AFB tenant who had issues with housing maintenance |
| 48. | Maureen Omrod | BBC Senior Vice President of Marketing and Communications |

| No. | Witness Name | Role/Expected Testimony |
|---|---|---|
| 49. | Michael Pell | Reuters Reporter who helped uncover military housing issues and fraud |
| 50. | Leo Quinn | BBC Group Chief Executive (UK) |
| 51. | Roxanne Roellchen | Former Lackland AFB tenant who had issues with housing maintenance |
| 52. | **Michele Speziale** | Air Force liaison with knowledge of the facts and circumstances of BBC's fraud on Plaintiffs |
| 53. | John Srader | Former Resident Engagement Specialists |
| 54. | Rick Taylor | Balfour Beatty Campus Solutions CEO President, Facility Operations, Renovation & Construction |
| 55. | Omar Villafranco | CBS News Correspondent who helped uncover military housing issues and fraud |
| 56. | **Robert Whittington** | BBC Manager at Tinker AFB involved with maintenance recordkeeping |
| 57. | Chris Williams | BBC President |
| 58. | John Srader | Issues with Coles moving in |
| 59. | Ann Yarbrough | Former Keesler AFB tenant who had issues with housing maintenance |
| 60. | Michael Yarbrough | Former Keesler AFB tenant who had issues with housing maintenance |
| 61. | Representatives from AMC Military Housing, c/o Jennings, Teague, P.C. | Defendant/All issues |
| 62. | Representatives from Balfour Beatty Communities, c/o Jennings, Teague, P.C. | Defendant/All issues |
| 63. | Representatives from Steammart, LLC | Defendant/All issues |
| 64. | Representatives from GP Construction Group LLC | Defendant/All issues |

5

| No. | Witness Name | Role/Expected Testimony |
|---|---|---|
| 65. | CC-1-CC10 Unindicted Co-Conspirators in USA v Rick Cunefare 21-CR-319-EGS | Defendants/All issues |
| 66. | Plaintiffs' Medical Providers | Plaintiffs' medical conditions |
| 67. | All witnesses identified on Defendants' witness list to which Plaintiff does not object | |
| 68. | All witnesses necessary to authenticate documents | |
| 69. | All witnesses necessary to rebut Defendants' testimony and/or defenses | |
| 70. | All witnesses necessary to impeach Defendants' witnesses | |

## EXHIBIT LIST

| No. | Document Description | Bates No. |
|---|---|---|
| 1. | 07/11/17-08/10/17 Texts between Stuart Saunders and Rachel Cole re housing not ready | ColeCorr0001 |
| 2. | 8/30/2017 Cole letter to BB Housing re request for work | ColeCorr0002 |
| 3. | 9/30/2017 Texts between Brenan and Rachel Cole re mouse | ColeCorr0003-ColeCorr0005 |
| 4. | Rachel Cole Facebook posts re mold and military housing | ColeCorr0006-ColeCorr0016 |
| 5. | Rachel Cole texts and Facebook posts re mold, housing issues | ColeCorr0017-ColeCorr0047 |
| 6. | 10/10/18 email from Rachel Cole to Tom Cole re status of homes at Tinker Air Force Base | ColeCorr00048 |
| 7. | 12/07/18 Bowman and Brooke letter to Tracy Schumacher disputing move out damages | ColeCorr00049; ColeCorr00051 |
| 8. | 12/11/18 email from SrA Abigaila Courtney to Rachel Cole re Tinker AFB | ColeCorr00050 |
| 9. | 02/07/19 Email from Rachel Cole to Committee Members (John Quirk, Allen Edwards, others) re Hearings against privatized housing companies | ColeCorr0052 |
| 10. | 02/25/19 email from Col Kenyon Bell to Rachel Cole re housing concerns | ColeCorr00053 |
| 11. | Undated email response of Brenan and Rachel Cole to Col. Kenyon Bell | ColeCorr00054 |

| No. | Document Description | Bates No. |
|---|---|---|
| 12. | 03/11/19 email from Brian Hinsvark to the Coles re housing concerns, military security clearance | ColeCorr00055 |
| 13. | 03/22/19 Texts between Rachel Cole and Amanda Williams re mold and housing issues | ColeCorr00056-ColeCorr00059 |
| 14. | 03/28/19 email from Brenan Cole to Michele Speziale re move out | ColeCorr00060 |
| 15. | 04/17/19 email re air testing / mold results | ColeCorr00061 |
| 16. | 05/16/19 Rachel Cole post re suicidal thoughts | ColeCorr00062-ColeCorr00064 |
| 17. | 05/29/19 Rachel Cole post in Tinker Wives, Etc. re effect of mold | ColeCorr00065-ColeCorr00066 |
| 18. | 05/30/19 email from Katie Ritter to Courtney Bruner re Mold results/housing status | ColeCorr00067 |
| 19. | 09/30/19 letter from John W. Henderson to Christopher Williams of BBC re concerns over military housing privatization program | ColeCorr00068-ColeCorr00069 |
| 20. | 09/19/18 email from Kerry Martinez to Brenan Cole re Brenan Cole Housing issues and current balance due with 09/20/18 response | ColeCorr00070-ColeCorr00074 |
| 21. | 09/19/18 email from Brenan Cole to Kerry Martinez re quotes for replacing carpet and re-painting | ColeCorr00075-ColeCorr0076 |
| 22. | 07/17/20 Facebook post re moving on | ColeCorr00077 |
| 23. | Undated air / mold testing results with photos | ColeCorr00078-ColeCorr00081 |
| 24. | Facebook posts between Katelyn Joe and Rachel Cole re finding mold and moving out | ColeCorr00082-ColeCorr00083 |
| 25. | Undated email from Tiffany Baek to Ms. Speziale re mold | ColeCorr00084 |
| 26. | Undated letter to Resident re asbestos and re-cleaning 20 homes | ColeCorr00085 |
| 27. | 03/02/17 Credit Karma screenshot | ColeFinancial0001 |
| 28. | 08/30/18 Tinker AFB BAH Reconciliation ($3,887.25) | ColeFinancial0002; ColeFinancial0004 |
| 29. | 08/30/18 Tinker AFB BAH Reconciliation ($1,296.14) | ColeFinancial0003 |
| 30. | 10/04/18 HunterWarfield collection notice ($3,402.25) | ColeFinancial0005-ColeFinancial0008 |
| 31. | 10/17/18 Schumacher & Stanley dispute letter to Hunter Warfield | ColeFinancial0009-ColeFinancial0010; ColeFinancial0015-ColeFinancial0016 |
| 32. | 10/31/18 Schumacher & Stanley dispute letter to Hunter Warfield with collection letter | ColeFinancial0011-ColeFinancial0014; ColeFinancial0017-ColeFinancial0020 |
| 33. | 10/17/18 Schumacher & Stanley dispute letter to Hunter Warfield with certified mail receipt | ColeFinancial0021-ColeFinancial0024 |

| No. | Document Description | Bates No. |
|---|---|---|
| 34. | 12/07/18 Bowman and Brooke damages dispute letter | ColeFinancial0025 |
| 35. | 05/21/19 TransUnion Direct Dispute – record deleted | ColeFinancial0026 |
| 36. | 03/31/19 Equifax report re dispute completed | ColeFinancial0027-ColeFinancial0033 |
| 37. | 08/06/19 Navy Federal Credit Union Visa Platinum Statement | ColeFinancial00304-ColeFinancial 0037 |
| 38. | 06/16/20-07/15/20 Navy Federal Credit Union Consumer Loan Bill statement | ColeFinancial0038-ColeFinancial0040 |
| 39. | 01/16/21-02/15/21 Navy Federal Credit Union Consumer Loan Bill Statement | ColeFinancial0041-ColeFinancial0043 |
| 40. | Credit Karma screen shot re rating based on 07/28/22 Equifax credit report information | ColeFinancial0044 |
| 41. | Credit Karma screen shot re rating based on 07/28/22 TransUnion credit report information | ColeFinancial00045 |
| 42. | 11/20/18 Quantem Laboratories Microbiology Analytical Report | ColeLab0001-ColeLab0007 |
| 43. | Brenan Cole Medical Records | ColeMedical0001-ColeMedical1737 |
| 44. | Rachel Cole Medical Records | ColeMedical1738-ColeMedical1937 |
| 45. | Brenan in sick quarters | ColeMedical1938 |
| 46. | 06/02/17 – 11/14/18 Work Order Directory | ColeMisc0001-ColeMisc0002 |
| 47. | Balfour Beatty Communities information | ColeMisc0003-ColeMisc0062 |
| 48. | AMC West Family Housing, LP Mold Addendum form (blank) | ColeMisc0063 |
| 49. | Tinker AFB Family Housing Lease Agreement (blank) | ColeMisc0064-ColeMisc0076 |
| 50. | Cole Photos of home condition | ColePhotos0001-ColePhotos0083 |
| 51. | Work order spreadsheet | ColeSupp0001 |
| 52. | BBC Renovated First Floor Plan – 4 bedroom | ColeSupp0002 |
| 53. | 07/12/17 email from John Srader to Brenan Cole offering 7113D Lawrence home available for 08/07/17 move-in | ColeSupp0003 |
| 54. | 08/07/17 – 08/08/17 SpringHill Suites Hotel Reservation | ColeSupp0004 |
| 55. | 08/25/17 email from Brenan Cole to Michele Speziale re damaged shingles, mold concerns | ColeSupp0005 |
| 56. | Undated email from Rachel Cole to Heather re news stories | ColeNews0001-ColeNews0001 |
| 57. | 12/21/18 New Air Force housing dogged by construction flaws, imperiling tenants | ColeNews0002-ColeNews0015 |
| 58. | 12/21/18 Privatized military housing is plagued with 'shoddy workmanship, raw sewage, rotten wood and chronic leaks' | ColeNews0016-ColeNews0025 |
| 59. | 12/21/18 Special Report – U.S. military's new housing plagued by construction flaws | ColeNews0026-ColeNews0046 |

| No. | Document Description | Bates No. |
|---|---|---|
| 60. | 02/19/20 Military housing company allegedly falsified records as families lived with roaches and black mold | ColeNews0044-ColeNews0046 |
| 61. | 06/18/19 Military housing contractor ignored dangerous filth and misled Air Force, investigation shows | ColeNews0047-ColeNews0054 |
| 62. | 07/22/19 Exclusive: Air Force suspends fere payments to landlord Balfour Beatty following Reuters report | ColeNews0055-ColeNews0064 |
| 63. | 10/29/19 Cockroaches, mold, raw sewage: 8 military families sue privatized housing company | ColeNews0065-ColeNews0075 |
| 64. | 10/29/19 The Air Force has put this privatized housing landlord on notice | ColeNews0076-ColeNews0085 |
| 65. | 02/19/20 For military families, mold may only be the start of their housing troubles | ColeNews0086-ColeNews0105 |
| 66. | 11/20/19 Ex-workers say U.S. military landlord forged records to win bonuses | ColeNews0106-ColeNews0117 |
| 67. | 09/23/20 Housing records allegedly faked as military families lived with roaches, mold | ColeNews0118 -ColeNews0120 |
| 68. | 11/20/19 Military housing company allegedly falsified records as families lived with roaches and black mold | ColeNews0121-ColeNews0124 |
| 69. | 09/20/19 Reuters Special Report: Ex-workers say U.S. military landlord falsified records to get bonuses | ColeNews0125-ColeNews0142 |
| 70. | 09/23/20 US News Special Report: Ex-workers Say U.S. Military Landlord Falsified Records to Get Bonuses | ColeNews0143-ColeNews0154 |
| 71. | 11/22/19 Air Force investigating new allegations that privatized housing company doctored maintenance records | ColeNews0155-ColeNews0171 |
| 72. | 02/19/20 Mold, vermin in military housing: Companies aren't off the hook, lawmakers say | ColeNews0172-ColeNews0173 |
| 73. | 07/16/20 DOD Releases Military Housing Tenant Bill of Rights | ColeNews0174-ColeNews0178 |
| 74. | 12/23/21 U.S. Military landlord pleads guilty to fraud, resolving probe – Justice Dept. | ColeNews0179-ColeNews0181 |
| 75. | 09/28/20 Military Housing Lawsuit Investigation | ColeNews0182-ColeNews0191 |
| 76. | US Senate PSI Report "Mistreatment of Military Families in Privatized Housing" April 26, 2022 | |
| 77. | Balfour Beatty Guilty Plea and Statement of Facts | Dkt. 5 and Attachments from 21-CR-742-EGS |
| 78. | 09/11/19 New association of privatized housing companies pushing back on some reforms | ColeNews0192-ColeNews200 |
| 79. | Hodge - Itemized List of Loss (Native Excel spreadsheet) | None |
| 80. | 09/10/19 EMSL Analytical, Inc. Report with 09/09/19 The Mold Consultant Mold Inspection Summary Report for Balfour Beatty | Hodge0001-Hodge00013 |
| 81. | 09/24/19 Quantem Laboratory Microbiology Analytical Report | Hodge00014-Hodge00019 |

| No. | Document Description | Bates No. |
|---|---|---|
| 82. | 09/25/19 Dirty Deeds / DIY Mold Testing Results | Hodge00020-Holdge00047 |
| 83. | 09/20/19 email string among the Hodges, Julie Meek, Traci Neerhoff and other BBC staff titled 6428 Inspection Report re mold results for the Hodge's home | Hodge00048-Hodge00049 |
| 84. | 09/20/19 email string among the Hodges, Julie Meek, Traci Neerhoff and other BBC staff titled Re: 6428 Inspection Report re pre and post-inspection for move out | Hodge00050-Hodge00052 |
| 85. | 09/17/19 email string between Hanna Hodge and Balfour Beatty staff titled Re: 6428 Blackbird Dr – Hodge Residence re turnaround timing for mold test results, move out | Hodge00053-Hodge00058 |
| 86. | 09/16/19 email from Balfour Beatty Communities to Hanna Hodge titled Duplex follow-up work | Hodge00059-Hodge00060 |
| 87. | 10/08/19 email string from Bryan Fasulo, other Balfour Beatty staff and the Hodges titled Refund of September Rent | Hodge00061-Hodge00063 |
| 88. | 10/04/19 unsigned letter from Austin Hodge to BBC re Official and Final Move-Out | Hodge00064 |
| 89. | Undated, unsigned letter from the Hodges to Balfour Beatty staff re Notice of official and final move out | Hodge00065 |
| 90. | 09/09/19 BBC Moisture-related Issues & Complaints Policy – Exhibit 2 Moisture or Mold Work Order Inspection Checklist | Hodge00066-Hodge00068 |
| 91. | 01/16/18 Tinker AFB Family Housing Lease Agreement excerpt | Hodge00069-Hodge00071 |
| 92. | 04/01/19 Verification of Tinker Housing residency | Hodge00072 |
| 93. | 01/19/18 signed BBC Tinker Family Homes Move-in Discrepancies list | Hodge00073 |
| 94. | BBC access to Rent Café instructions | Hodge00074-Hodge00075 |
| 95. | Tinker AFB Homes Self Clean – Cleaning Checklist | Hodge00076-Hodge00080 |
| 96. | 07/26/17 Tinker AFB Homes Pay & Go handout | Hodge00081 |
| 97. | Satellite Dish/Antenna Rules and Regulations AMC West – Tinker Air Force Base forms | Hodge00082-Hodge00084 |
| 98. | Protect Your Family From Lead in Your Home brochure | Hodge00085-Hodge000103 |
| 99. | 09/11/2019 Tinker AFB Homes Mechanical Room Inspections letter | Hodge000104 |
| 100. | Tinker AFB Veterinary Treatment Facility Services Guide and Pet Registration Form | Hodge000105-Hodge000107 |
| 101. | Tips for Preventing Mold and Mildew – A Guide for Residents of Our Community | Hodge000108 |
| 102. | BBC Welcome to Your New Home Booklet | Hodge000109-Hodge000140 |
| 103. | Maintenance Corner BBC Self-Help flyer | Hodge000141 |
| 104. | OG&E Power Outage Report Information flyer | Hodge000142 |

| No. | Document Description | Bates No. |
|---|---|---|
| 105. | BBC Spotlight on Window Safety flyer | Hodge000143 |
| 106. | Tinker Fire & Emergency Services flyer | Hodge000144 |
| 107. | Looking for Before and Afterschool Care flyer | Hodge000145 |
| 108. | BBC Lawn Service & Self Help flyer | Hodge000146 |
| 109. | Thermostat instructions | Hodge000147 |
| 110. | BBC Alterations Request Form (blank) | Hodge000148 |
| 111. | 10/15/2019 Work Order Directory spreadsheet | Hodge000149-Hodge000163 |
| 112. | Tinker AFB Homes Secure Café Submit Maintenance Request History screen shots | Hodge000164-Hodge000177 |
| 113. | 09/10/19 screen shot re quarterly filter changes/mechanical room inspection | Hodge000175 |
| 114. | Chubb - Premises Pollution Liability Portfolio Insurance Policy Declarations | BBC 000001-000004 |
| 115. | Aspen - Environmental Legal Liability Policy Declarations | BBC 000005-000007 |
| 116. | Starr Indemnity - Commercial General Liability Declarations | BBC 000008-000010 |
| 117. | Cole Lease | BBC 000011-BBC 000089 |
| 118. | Spreadsheets and Work Orders | BBC 000090-BBC 000239 |
| 119. | Cole Photos | BBC 000240-BBC 000262 |
| 120. | Cole Correspondence | BBC 000263-BBC 000302 |
| 121. | Cole Vendor Invoices | BBC 000303-BBC 000322 |
| 122. | Hodge Jones Lease | BBC 000323-BBC 000351 |
| 123. | Hodge Jones Work Orders | BBC 000352-BBC 000397 |
| 124. | Hodge Jones Photos | BBC 000398-BBC 000422 |
| 125. | Hodge Blackbird Lease | BBC 000423-BBC 000444 |
| 126. | Hodge Blackbird Work Order | BBC 000445-BBC 000571 |
| 127. | Hodge Blackbird Correspondence | BBC 000701-BBC000715 |
| 128. | Hodge Blackbird Reports | BBC 000716-BBC 000778 |
| 129. | Hodge Blackbird Vendor Invoices | BBC 000779-BBC 000787 |
| 130. | Hodge Blackbird PEX | BBC 000788-BBC 000788 |
| 131. | AMC West Master Development and Management Agreement | BBC 000789-BBC 000832 |
| 132. | AMC West Property Management Agreement | BBC 000833-BBC 001001 |
| 133. | AMC West Ground Lease | BBC 001002-BBC 001051 |
| 134. | AMC West Project Operating Agreement | BBC 001052-BBC 001058 |
| 135. | AMC West Environmental Management Plan | BBC 001059-BBC 001124 |
| 136. | AMC West Amended and Restated Lockbox Agreement | BBC 001125-BBC 001215 |
| 137. | AMC West Reinvestment Plan | BBC 001216-BBC 001222 |
| 138. | AMC West Facilities Maintenance Plan | BBC 001223-BBC 001292 |
| 139. | USAF Approval Documents for WHPR Project | BBC 001293-BBC 001297 |
| 140. | Cunefare Production | Cunefare 0001-0063 |

| No. | Document Description | Bates No. |
|---|---|---|
| 141. | BBC Feb. 7, 2023 Production | MR_002529_Cole<br>Cole – News_0001-000033_Cole<br>Cole – SocialMedia_0001-000223_Cole<br>Cole-AV-000001 – Cole-AV-000067<br>Hodge – MR_0001-003392 |
| 142. | Documents obtained by law enforcement and legislative bodies to which Plaintiffs do not object | |
| 143. | Emails and other electronic communications to which Plaintiffs do not object | |
| 144. | Copies of letters, contracts, leases, guidelines, policies, work orders, invoices, data from Yardi to which Plaintiffs do not object | |
| 145. | Third-party contractor agreements, invoices, and reports to which Plaintiffs do not object | |
| 146. | Any and all pleadings in this case or any case in which BBC was a party | |
| 147. | Any deposition transcripts, video and/or exhibits of any party or witness deponent in this case | |
| 148. | Any and all documents identified and/or admitted into evidence as an exhibit to which Plaintiff does not object | |
| 149. | All documents necessary to rebut Defendants' defenses | |
| 150. | Demonstrative exhibits, including but not limited to summaries, depictions and drawings, models, diagrams, sketches, animations, simulations, and models, photos, videos, etc. | |
| 151. | All documents produced in discovery to which Plaintiff does not object | |
| 152. | All documents listed on Defendants' exhibit lists to which Plaintiff does not object | |

Respectfully submitted,

s/ Caleb M. Salmon

_____
Caleb Salmon, OBA No. 32272
AIZENMAN LAW GROUP
5800 E. Skelly Drive, Suite 575
Tulsa, Oklahoma 74135
P: 918-426-4878
F: 918-513-6080
caleb@aizenmanlaw.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via ECF, email and/or first-class mail on the 13 day of February 2023 to the following:

Richard Morgan
Kyle D. Nelson
Matthew A. Beyer
Carli D. Pearson
Tina A. Syring-Petrocchi
Lewis Brisbois Bisgaard & Smith
Wells Fargo Center
90 South 7th Street, Suite 2800
Minneapolis, MN  55402
T: 612-428-5000
richard.morgan@lewisbrisbois.com
kyle.nelson@lewisbrisbois.com
matthew.beyer@lewisbrisbois.com
carli.pearson@lewisbrisbois.com
tina.syring@lewisbrisbois.com
*Attorneys for AMC West Housing LP and Balfour Beatty Military Housing Management LLC*

Tadd J.P. Bogan
James E. Weger
Jones Gotcher & Bogan, P.C.
3800 First Place Tower
15 East Fifth Street
Tulsa, OK 74103
T: (918) 581-8200
F: (918) 583-1189
tbogan@jonesgotcher.com
jweger@jonesgotcher.com
*Attorneys for GP Construction Group*

W. Brett Willis
JENNINGS TEAGUE
204 N. Robinson, Suite 1000
Oklahoma City, OK 73102
T: 405-609-6000
F: 405-609-6501
bwillis@jenningsteague.com
*Attorney for AMC West Housping LP and Balfour Beatty Military Housing Management LLC*

David D. Davis
Tyler B. Goldthwaite
Atwood & McCall, PLLC
4144 North Central Expressway, Suite 910
Dallas, TX 75204
Work: (972) 665-9600
Fax: (214) 736-2960
davis@atwoodmccall.com
goldthwaite@atwoodmccall.com
*Attorneys for GP Construction Group*

s/ Caleb M. Salmon
_____
Caleb Salmon