UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) BRENAN COLE,<br>2) RACHEL COLE,<br>3) AUSTIN HODGE, and<br>4) HANNAH HODGE,<br><br>      Plaintiffs,<br><br>vs.<br><br>1) AMC WEST HOUSING, LP, a foreign limited partnership;<br>2) BALFOUR BEATTY COMMUNITIES, a foreign limited liability company;<br>3) STEAMMART LLC, an Oklahoma limited liability company;<br>4) GREGG PETERSON CONSTRUCTION GROUP LLC, an Oklahoma limited liability company;<br>5) RICK CUNEFARE; and<br>6) CC-1-CC-10 UNIDICTED CO-CONSPIRATORS IN USA v. RICK CUNEFARE 21-CR-319-EGS,<br><br>      Defendants. | Case No.: CIV-2022-044-R<br><br>(District Court of Oklahoma County, Case No. CJ-2021-3723) |

<u>**DEFENDANTS AMC WEST HOUSING, LP AND BALFOUR BEATTY COMMUNITIES, LLC's FINAL WITNESS LIST**</u>

In accordance with the Scheduling Order entered herein, as amended, The Defendants AMC West Housing, LP ("AMC") and Balfour Beatty Communities, LLC ("BBC") (collectively "AMC/BBC"), submits the following Final Witness List. As trial preparation and discovery are still ongoing, however, AMC/BBC respectfully reserves the right to

4891-2558-8304.1

supplement or otherwise amend this Final Witness List as, and if, new, additional, or more complete information becomes available to it.  The parties still need to conduct depositions, including fact and expert depositions, many of which are in the process of being scheduled. These additional depositions may result in the need for AMC/BBC to add additional witnesses.

In submitting the following list, AMC/BBC reserves all objections it may have to the admissibility of the testimony of the listed witnesses.

## WITNESS LIST

The following persons may be called at trial to testify live or by deposition:

| No. | Witness Name and Address | Summary of Expected Testimony/Deposed |
|---|---|---|
| 1. | Brenan Cole | Deposed |
| 2. | Rachel Cole | Deposed |
| 3. | Austin Hodge | Deposed |
| 4. | Hanna Hodge | Deposed |
| 5. | Richard Linio<br>BBC Project Director<br>(Can be contacted through defense counsel) | Mr. Linio may provide testimony about the PEX project at Tinker AFB during the time period in which Plaintiffs resided at Tinker AFB Family Housing. Finally, Mr. Linio may provide testimony to authenticate and discuss business records offered into evidence. |
| 6. | Dan Frederick<br>BBC Project Director<br>(Can be contacted through defense counsel) | Mr. Frederick may provide testimony about provide testimony regarding responses to Plaintiffs' service requests, including maintenance and repair work performed during the time period in which Plaintiffs resided at Tinker AFB Family Housing. Finally, Mr. Frederick may provide testimony to authenticate and discuss business records offered into evidence. |
| 7. | Bryan Fasulo | Mr. Fasulo may provide testimony about Plaintiffs' residencies at Tinker AFB Family |

| No. | Witness Name and Address | Summary of Expected Testimony/Deposed |
|---|---|---|
|  | Former BBC Regional Property Manager<br>(Can be contacted through defense counsel) | Housing and specifically, regarding Plaintiffs Austin and Hanna Hodge's termination of their Lease Agreement and Basic Allowance for Housing ("BAH") reconciliation. Finally, Mr. Fasulo may provide testimony to authenticate and discuss business records offered into evidence. |
| 8. | Kenneth Sperry<br>BBC Environmental Director<br>(Can be contacted through defense counsel) | Mr. Sperry may provide testimony regarding AMC/BBC's policies and procedures for responding to and addressing reported moisture or suspected microbial growth in a residence, including when Plaintiff resided at Tinker AFB Family Housing. Finally, Mr. Sperry may provide testimony to authenticate and discuss business records offered into evidence. |
| 9. | Traci Neerhof<br>BBC Senior Regional Service Center Coordinator<br>(Can be contacted through defense counsel) | Ms. Neerhof may provide testimony regarding Plaintiffs Austin and Hanna Hodge's residence, communications leading up to their notice to vacate the premises, and their move-out from the premises. Ms. Neerhof may provide testimony regarding responses to Plaintiffs' service requests, including maintenance and repair work performed. Finally, Ms. Neerhof may provide testimony to authenticate and discuss business records offered into evidence. |
| 10. | Courtney Bruner<br>Former Community Manager, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Ms. Bruner may provide testimony regarding Plaintiffs' residences at Tinker AFB Family Housing, including without limitation, their inspections of the residences prior to execution of the applicable leases, their occupation of the residences, and their vacancies from the residences, including any maintenance and repair work performed. Finally, Ms. Bruner may provide testimony to authenticate and discuss business records offered into evidence. |
| 11. | Amity Jones<br>Community Manager, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Ms. Jones may provide testimony regarding Plaintiffs' residences at Tinker AFB Family Housing and to authenticate and discuss business records offered into evidence. |

| No. | Witness Name and Address | Summary of Expected Testimony/Deposed |
|---|---|---|
| 12. | Timothy Todd<br>Maintenance Manager, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Mr. Todd may provide testimony on AMC/BBC's responses to Plaintiffs' maintenance requests and repairs. Mr. Todd may also provide testimony on the process for responding to tenant's maintenance requests. Finally, Mr. Todd may provide testimony to authenticate and discuss business records offered into evidence. |
| 13. | Todd Stowe<br>Maintenance Manager, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Mr. Stowe may provide testimony on AMC/BBC's responses to Plaintiffs' maintenance requests and repairs. Mr. Stowe may also provide testimony on the process for responding to tenant's maintenance requests. Finally, Mr. Stowe may provide testimony to authenticate and discuss business records offered into evidence. |
| 14. | Julie Meek<br>Procurement Administrator, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Ms. Meek may provide testimony about the work order process at Tinker AFB Family Housing, including for maintenance requests by Plaintiffs when they lived at Tinker AFB Family Housing. Finally, Ms. Meek may provide testimony to authenticate and discuss business records offered into evidence. |
| 15. | Pam Turner<br>Accounts Coordinator, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Ms. Turner may provide testimony about Plaintiffs' BAH during the time in which they lived at Tinker AFB Family Housing, including BAH Reconciliations for Plaintiffs upon their respective vacancies. Finally, Ms. Turner may provide testimony to authenticate and discuss business records offered into evidence. |
| 16. | Lionel Torres<br>BBC Customer Experience Specialist, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Mr. Torres may provide testimony regarding Plaintiffs' residences at Tinker AFB Family Housing, including without limitation, their inspections of the residences prior to execution of the applicable leases, their occupation of the residences, and their vacancies from the residences, including any maintenance and repair work performed. Finally, Mr. Torres may provide testimony to authenticate and discuss business records offered into evidence. |

| No. | Witness Name and Address | Summary of Expected Testimony/Deposed |
|---|---|---|
| 17. | Greg Henley<br>Project Superintendent, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Mr. Henley may provide testimony about the project management and repairs performed at Tinker AFB Family Housing, including repair requests and work performed on Plaintiffs Austin and Hanna Hodge's residence at Tinker AFB Family Housing. Mr. Henley may also provide testimony about Plaintiffs Austin and Hanna Hodge's move-out from the residence. Finally, Mr. Henley may provide testimony to authenticate and discuss business records offered into evidence. |
| 18. | Eric Barnett<br>QA/QC, Tinker AFB Family Housing<br>(Can be contacted through defense counsel) | Mr. Barnett may provide testimony regarding Plaintiffs' residences at Tinker AFB Family Housing, including without limitation, their inspections of the residences prior to execution of the applicable leases, their occupation of the residences, and their vacancies from the residences, including any maintenance and repair work performed. Finally, Mr. Barnett may provide testimony to authenticate and discuss business records offered into evidence. |
| 19. | Kerry Martinez<br>Former Resident Engagement Specialist, Tinker AFB Family Housing<br>Address: Unknown | Ms. Martinez may provide testimony about Plaintiffs' residencies at Tinker AFB Family Housing, including, without limitation, discussions with Plaintiffs Brenan and Rachel Cole regarding their move-out inspection and the BAH reconciliation following their vacancy from their residence. |
| 20. | John Srader<br>Former BBC Resident Engagement Specialist<br>Address: Unknown | Mr. Srader may provide testimony about the condition and inspection of Plaintiffs' residences prior to and following their residency. |
| 21. | AMC/BBC Corporate Representative<br>(Can be contacted through defense counsel) | The AMC/BBC Corporate Representative may provide testimony to rebut any evidence and/or testimony offered by Plaintiffs and permitted by the Court. |
| 22. | Haley's Carpet<br>3920 NW 39th Street, Suite C<br>Oklahoma City, OK 73112 | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence |

| No. | Witness Name and Address | Summary of Expected Testimony/Deposed |
|---|---|---|
| | | regarding work performed on Plaintiffs' residences. |
| 23. | Holiday Carpet Cleaning & Restoration<br>1802 N.E. 25th Street, Moore, OK 73160 | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence regarding work performed on Plaintiffs' residences. |
| 24. | Steammart, LLC<br>P.O. Box 12388, Oklahoma City, OK 73157 | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence regarding work performed on Plaintiffs' residences. |
| 25. | G&P Construction<br>22 Constitution, Altus, OK 73554 | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence regarding work performed on Plaintiffs' residences. |
| 26. | Eason Enterprises, LLC<br>P.O. Box 15161, Del City, OK 73155 | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence regarding work performed on Plaintiffs' residences. |
| 27. | Terminix<br>625 U.S. Highway 1, Ste. 1, Key West, FL 33040 | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence regarding work performed on Plaintiffs' residences. |
| 28. | JCM and Sons, LLC<br>3390 N. Choctaw Rd., Choctaw, OK 73020 | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence regarding work performed on Plaintiffs' residences. |
| 29. | BELFOR Property Restoration<br>4312 Will Rodgers | AMC/BBC reserve the right to call representatives who will be able authenticate and discuss exhibits offered into evidence regarding work performed on Plaintiffs' residences. |
| 30. | Michael Posson, M.P.H., CIH (Can be contacted through defense counsel) | Mr. Posson is a retained expert for AMC/BBC and his report was produced in accord with the Court's Scheduling Order. Mr. Posson may be |

| No. | Witness Name and Address | Summary of Expected Testimony/Deposed |
|---|---|---|
|  |  | called to testify concerning the opinions expressed in his report, including any supplement or amendment thereto. |
| 31. | Delno D. Malzahn, CIH, FAIHA (Can be contacted through defense counsel) | Mr. Malzahn is a retained expert for AMC/BBC and his report was produced in accord with the Court's Scheduling Order. Mr. Malzahn may be called to testify concerning the opinions expressed in his report, including any supplement or amendment thereto. |
| 32. | Chester C. Clarke, M.D., MPH, MIA (Can be contacted through defense counsel) | Dr. Clarke is a retained expert for AMC/BBC and his reports were produced in accord with the Court's Scheduling Order. Dr. Clarke may be called to testify concerning the opinions expressed in his reports, including any supplements or amendments thereto. |
| 33. | Healthcare providers for Brenan Cole as identified in medical records produced to date and any supplemental medical records following submission of this Final Witness List | Brenan Cole's pre-existing medical conditions, physical, mental and emotional medical issues and treatment during his residency at Tinker AFB Family Housing, and medical issues and treatment after his residency at Tinker AFB Family Housing. |
| 34. | Healthcare providers for Rachel Cole as identified in medical records produced to date and any supplemental medical records following submission of this Final Witness List | Rachel Cole's pre-existing medical conditions, physical, mental and emotional medical issues and treatment during his residency at Tinker AFB Family Housing, and medical issues and treatment after his residency at Tinker AFB Family Housing. |
| 35. | Healthcare providers for Austin Hodge as identified in medical records produced to date and any supplemental medical records following submission of this Final Witness List | Austin Hodge's pre-existing medical conditions, physical, mental and emotional medical issues and treatment during his residency at Tinker AFB Family Housing, and medical issues and treatment after his residency at Tinker AFB Family Housing. |
| 36. | Healthcare providers for Hanna Hodge as identified in medical records produced to date and any supplemental medical records following submission of this Final Witness List | Hanna Hodge's pre-existing medical conditions, physical, mental and emotional medical issues and treatment during his residency at Tinker AFB Family Housing, and medical issues and treatment after his residency at Tinker AFB Family Housing. |

| No. | Witness Name and Address | Summary of Expected Testimony/Deposed |
|---|---|---|
| 37. | Ron Fuentz<br>Address: Unknown | Mr. Fuentz may provide testimony about Brenan and Rachel Cole's purchase of an RV, use of the same, and sale of the same. |
| 38. | Carrie Sechrist<br>Del City, Oklahoma | Ms. Sechrist may provide testimony about AMC/BBC's inspection of Austin and Hanna Hodge's residence at Tinker AFB Family Housing. |
| 39. | Erica Goessl<br>9808 Nugget Court<br>Bristow, Virginia | Ms. Goessl may provide testimony about the alleged stresses and incidents between Rachel Cole and Brenan Cole. |
| 40. | All witnesses identified on Plaintiffs' witness list to which AMC/BBC do not object | |
| 41. | All witnesses necessary to rebut Plaintiffs' testimony and/or assertions | |
| 42. | All witnesses necessary to impeach Plaintiffs' witnesses | |

Other individuals may have information relevant to AMC/BBC's defenses, and these disclosures are made based upon information reasonably available to AMC/BBC at this stage of the litigation and without prejudice to its right to identify or rely on facts provided by additional witnesses. Given that trial preparation and discovery is ongoing, and additional depositions will be scheduled, AMC/BBC respectfully reserves the right to supplement or otherwise amend the foregoing Witness List as, and if, new, additional, or more complete information becomes available to it. Additionally, AMC/BBC reserves all objections they may have to the admissibility to the testimony of the listed witnesses.

Respectfully submitted

/s/ *W. Brett Willis*
W. Brett Willis, OBA #15168
JENNINGS | TEAGUE, P.C.
204 North Robinson, Suite 1000
Oklahoma City, Oklahoma 73102
Telephone:   (405) 609.6000
Fax:            (405) 609.6501
Email: bwillis@jenningsteague.com

-and-

Richard G. Morgan, *Pro Hac Vice*
Carli D. Pearson, *Pro Hac Vice*
Tina A. Syring, *Pro Hac Vice*
Matthew A. Beyer, *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 South 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone:   (612) 428.5000
Facsimile:    (612) 428.5001
**ATTORNEYS FOR DEFENDANTS AMC WEST HOUSING LP AND BALFOUR BEATTY COMMUNITIES**

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of February, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following ECF registrants:

Caleb M. Salmon, OBA #32272
Aizenman Law Group
5800 East Skelly Drive, Suite 575
Tulsa, Oklahoma  74135
E-mail:  caleb@aizenmanlaw.com
**ATTORNEYS FOR PLAINTIFFS**

                                           *s/ W. Brett Willis*
                                           W. Brett Willis