IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENAN COLE; RACHEL COLE; AUSTIN HODGE; and HANNAH HODGE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. CIV-22-44-R |
| AMC WEST HOUSING, LP, a foreign limited partnership; BALFOUR BEATTY COMMUNITIES, a foreign limited liability company; STEAMMART LLC, an Oklahoma limited liability company; GREGG PETERSON CONSTRUCTION GROUP LLC, an Oklahoma limited liability company; and CC-1 – CC-10 UNINDICTED CO-CONSPIRATORS IN USA v. RICK CUNEFARE 21-CR-319-EGS, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Motion to Dismiss, or in the Alternative, Motion to Exclude filed by Defendants AMC West Housing, LP and Balfour Beatty Communities, LLC [Doc. 51] is denied. Defendant has not cited any prejudice resulting from Plaintiff's delay[1]. If Defendants need additional time, the Court will consider such a request.

IT IS SO ORDERED this 21st day of March 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not condone untimely filings and anticipates all remaining filings will be timely.